FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

 JUN 0 7 2007 

LONG ISLAND OFFICE

Clerk's Office
United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE ASSIGNMENT

Civil action 07CV2291 was assigned to Judge Joseph F. Bianco and Magistrate William D. Wall, as related to 01CV4211 on April 20, 2007.

A copy of the complaint is attached

A copy of this Notice will be docketed

cc: Chambers of Assigned Judge and Magistrate Judge
    Case File