## UNITED STATES DISTRICT COURT

| ROBERT C. HEINEMANN | | PLEASE REPLY TO: |
|---|---|---|
| CLERK | EASTERN DISTRICT OF NEW YORK | |
| | | ☐ BROOKLYN OFFICE |
| | | U.S. COURTHOUSE |
| | | 225 CADMAN PLAZA EAST |
| | | BROOKLYN, NEW YORK 11201 |
| *www.nyed.uscourts.gov* | | |
| | | ■ LONG ISLAND OFFICE |
| | | UNITED STATES DISTRICT COURT |
| | | 100 FEDERAL PLAZA |
| | | PO BOX 9014 |
| | | CENTRAL ISLIP, N Y 11722-9014 |

June 12, 2007

Martin A. Lehman
308 Elm St.
West Hempstead, NY 11552

In re: CV 07-2291 (JFB)
<u>Lehman -v- Fox Cable</u>

Dear Pro Se Litigant:

  This will acknowledge receipt of your Civil Complaint. The case has been docketed under the above number and assigned to the Honorable Joseph F. Bianco.

  Please be advised of the following:

   -documents submitted for filing should be originals and <u>must</u> contain an original signature, name of case and assigned judge and case number;

   -an affidavit or affirmation of service must be included with all documents sent in for filing;

   -all documents should be sent to the Pro Se Office at the Central Islip courthouse. DO NOT send any paperwork directly to chambers unless directed to do so by the Judge as mailing your papers to chambers will delay processing;

   -it is your duty to keep this office informed of any change of address; failure to do so may result in your case being dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b); a change of address form is enclosed.

   -copies of all items filed in your case will be mailed to you by either the Clerk or opposing counsel. It is your responsibility to retain those copies, as well as copies of any documents you file, and monitor the progress of your action yourself.

          Very truly yours,
          Robert C. Heinemann
          Clerk of Court

       By: <u>/s/ Lorraine Sapienza</u>
          Pro Se Paralegal

Dockets.Justia.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------- X



       Plaintiff,

    -against-                          Case No. _____

                                            Judge: _____

       Defendant.
------------------------------------------------------- X

PLEASE BE ADVISED THAT MY NEW ADDRESS IS:

NUMBER AND STREET:_____

CITY: _____    STATE: _____

ZIP CODE: _____    TELEPHONE NO: _____

IF APPLICABLE:

PRISON: _____    PRISONER ID# _____

EFFECTIVE DATE OF CHANGE: _____

DATED: _____                _____
                                                                     SIGNATURE

                                                                     _____
                                                                     PRINTED NAME

                                                                     _____
                                                                     PRESENT ADDRESS

                                                                     _____