# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

Website: <www.nyed.uscourts.gov>

**ROBERT C. HEINEMANN**
CLERK OF THE COURT

☐ PLEASE REPLY TO:
**BROOKLYN COURTHOUSE**
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201
(718) 260-2280

*www.nyed.uscourts.gov*

☒ **LONG ISLAND COURTHOUSE**
100 FEDERAL PLAZA
CENTRAL ISLIP, NY 11722
(631) 712-6000
CENTRAL ISLIP, N Y 11722-9014

June 12, 2007

Martin A. Lehman
308 Elm St.
West Hempstead, NY 11552

In re: CV 07-2291 (JFB)
Lehman -v- Fox Cable

Dear Pro Se Litigant:

    Pursuant to Rule 4 of the Federal Rules of Civil Procedure, as the plaintiff in the above action, you are responsible to serve the summons and complaint upon each of the defendants in the action. There are two ways to effect service.

    You have already had a summons issued by the Clerk's office. You have 120 days from the date you filed your complaint to complete service of the summons and complaint and to file the proof of service with this Court. Personal service can be made by someone who is not a party to the action. Instructions for service are included.

    Also included are the instructions and forms for waiver of service of summons. This is an alternate method of serving the complaint upon the defendant. If you have any questions, you can reach me at (631) 712-6063.

Very truly yours,
Robert C. Heinemann
Clerk of Court

By:   /s/ Lorraine Sapienza
Lorraine Sapienza
Pro Se Paralegal

enc