**JACOBS DEBRAUWERE LLP**
445 Park Avenue, 17th Floor
New York, NY 10022
(212) 207-8787
(212) 207-8727
Arthur J. Jacobs (AJ-5008)
John J. Lynch (JL-8196)
John F. Burleigh (JB-3240)
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------- x
MARTIN A. LEHMAN,

          Plaintiff,   Case No. 07 CV 2291
                Bianco, J., Wall, M.J.
  -against-

                **ECF FILED**
FOX CABLE NETWORKS, INC., FOX
REALITY.COM, TERMITE ART PRODUCTION **NOTICE OF**
DOCUMENTARIES, INC., ERIC J. NELSON and **APPEARANCES**
LIONS GATE ENTERTAINMENT, INC.

          Defendants.
-------------------------------------------- x

  Please enter the appearances of Arthur J. Jacobs [AJ-5008], John J. Lynch [JL-8196] and John F. Burleigh [JB-3240], Jacobs deBrauwere LLP, as counsel in this case for Defendants Fox Cable Networks, Inc., Fox Reality Channel, Inc. (sued herein as "Fox Reality.Com"), Termite Art Production Documentaries, Inc., Erik J. Nelson (sued herein as "Eric" J. Nelson) and Lions Gate Entertainment, Inc.

Dated: New York, NY
    July 19, 2007

                Respectfully submitted,

                JACOBS DEBRAUWERE LLP
                445 Park Avenue, 17th Floor
                New York, NY 10022
                (212) 207-8787

                By: _____
                  Arthur J. Jacobs [AJ-5008]

                By: _____
                  John J. Lynch [JL-8196]

                By: _____
                  John F. Burleigh [JB-3240]

**JACOBS DEBRAUWERE LLP**
445 Park Avenue, 17th Floor
New York, NY 10022
(212) 207-8787
(212) 207-8727
Arthur J. Jacobs (AJ-5008)
John J. Lynch (JL-8196)
John F. Burleigh (JB-3240)
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
MARTIN A. LEHMAN,

                           Plaintiff,      Case No. 07 CV 2291
                                        Bianco, J., Wall, M.J.
    -against-

                                                **ECF FILED**
FOX CABLE NETWORKS, INC., FOX
REALITY.COM, TERMITE ART PRODUCTION      **DECLARATION OF**
DOCUMENTARIES, INC., ERIC J. NELSON and      **SERVICE**
LIONS GATE ENTERTAINMENT, INC.

                            Defendants.
------------------------------------------------------------x

       John F. Burleigh, pursuant to 28 U.S.C. § 1746, declares and says as follows:

       On the 19th day of July 2007, around 1:45 p.m., I placed defendants' Notice of Appearances in an envelope designated for delivery by the United States Postal Service, with appropriate postage thereon, addressed to plaintiff *pro se* Martin A Lehman, 308 Elm Street, West Hempstead, NY 11552 and caused such envelope to be taken to a receptacle designated for delivery by the USPS.

       I swear under the penalties of perjury of the laws of United States that the foregoing is true and correct.

Dated: New York, New York
        July 19, 2007

                                                                     John F. Burleigh