**JACOBS deBRAUWERE LLP**
445 Park Avenue, 17th Floor
New York, NY 10022
(212) 207-8787
(212) 207-8727
Arthur J. Jacobs (AJ-5008)
John J. Lynch (JL-8196)
John F. Burleigh (JB-3240)
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------x
MARTIN A. LEHMAN,

                Plaintiff,

-against-

FOX CABLE NETWORKS, INC., FOX
REALITY.COM, TERMITE ART PRODUCTION
DOCUMENTARIES, INC., ERIC J. NELSON and
LIONS GATE ENTERTAINMENT, INC.

                Defendants.
------------------------------------x

Case No. 07 CV 2291
Bianco, J., Wall, M.J.

**ECF FILED**

## RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANTS FOX CABLE NETWORKS, INC., FOX REALITY CHANNEL, INC., LIONS GATE ENTERTAINMENT, INC. AND TERMITE ART PRODUCTION DOCUMENTARIES, INC.

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification of recusal, the undersigned counsel for defendants Fox Cable Networks, Inc., Fox Reality Channel, Inc. (sued herein as "Fox Reality.Com"), Lions Gate Entertainment, Inc., and Termite Art Production Documentaries, Inc. hereby certifies as follows:

(1) Fox Cable Networks, Inc. and its wholly owned subsidiary Fox Reality Channel, Inc. are wholly owned subsidiaries of the News Corporation, a Delaware Corporation whose shares

are issued to the public and traded on the New York Stock Exchange. Liberty Media Corporation, which itself issues shares to the public that are traded on the New York Stock Exchange, currently has approximately a 19% interest in the voting stock of News Corporation.

(2) Lions Gate Entertainment, Inc. is wholly owned by Lions Gate Entertainment Corp., a British Columbia corporation that is publicly traded on the New York Stock Exchange.

(3) Termite Art Production, Inc. ("Termite") was acquired in 1998 by Lions Gate Entertainment, Inc. Termite is no longer a corporate entity.

Dated: New York, New York.
July 19, 2007

JACOBS DEBRAUWERE LLP

By: _____
John J. Lynch (JL-8196)
Attorneys for Defendants
445 Park Avenue, 17th Floor
New York, NY 10022
(212) 207-8787

2

**JACOBS DEBRAUWERE LLP**
445 Park Avenue, 17th Floor
New York, NY 10022
(212) 207-8787
(212) 207-8727
Arthur J. Jacobs (AJ-5008)
John J. Lynch (JL-8196)
John F. Burleigh (JB-3240)
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------x
MARTIN A. LEHMAN,

                       Plaintiff,

    -against-

FOX CABLE NETWORKS, INC., FOX
REALITY.COM, TERMITE ART PRODUCTION
DOCUMENTARIES, INC., ERIC J. NELSON and
LIONS GATE ENTERTAINMENT, INC.

                      Defendants.
------------------------------------------------x

Case No. 07 CV 2291
Bianco, J., Wall, M.J.

**ECF FILED**

**DECLARATION OF SERVICE**

John F. Burleigh, pursuant to 28 U.S.C. § 1746, declares and says as follows:

On the 19th day of July 2007, around 1:30 p.m., I placed defendants' Rule 7.1 Disclosure Statement in an envelope designated for delivery by the United States Postal Service, with appropriate postage thereon, addressed to plaintiff *pro se* Martin A Lehman, 308 Elm Street, West Hempstead, NY 11552 and caused such envelope to be taken to a receptacle designated for delivery by the USPS.

I swear under the penalties of perjury of the laws of United States that the foregoing is true and correct.

Dated: New York, New York
       July 19, 2007

                                                         _____
                                                            John F. Burleigh