| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER 18008477177 | FOR COURT USE ONLY |
|---|---|---|
| USA, INC.<br>752A HEMPSTEAD TPK,<br>SUITE #205<br>FRANKLIN SQUARE NY 11010<br>ATTORNEY FOR    PLAINTIFF | Ref. No. or File No. | FILED<br>IN CLERK'S OFFICE<br>U.S. DISTRICT COURT E.D.N.Y<br>★ JUL 25 2007 ★<br>LONG ISLAND OFFICE |
| Insert name of court and name of judicial district and branch if any. | | |

| SHORT TITLE OF CASE: |
|---|
| MARTIN A. LEHMAN VS FOX CABLE, ETC. |

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 036531 | | | | 07CV2291 |

## DECLARATION OF DILIGENCE

The following diligent and reasonable attempts were made by O'MALLY AND
ASSOCIATES ATTORNEY SERVICE Inc. to personally serve the following party:

Party to be served:  ERIC J. NELSON

06/14/07 1:45 PM  ATTEMPTED SERVICE AT 11846 VERNTURA BLVD.,
       .         SUITE #204, STUDIO CITY, CA 91604.  NOT IN
06/15/07 10:50 AM NOT IN, PER RECEPTIONIST
06/18/07 12:25 PM NOT IN, PER ROB BEEMER.  SUB-SERVED

Person attempting service:  R. HEADCOCK

O'Mally & Associates Attorney Service    d.  Registered California process server
1301 W. 2ND. ST. #205            (1) [ X ] Employee or [    ] Independent Contractor
LOS ANGELES, CA 90026           (2) Registration No. 3603
213/250-8901 FAX 213/250-8818    (3) County: LOS ANGELES
                                     (4) Expiration:  04/12/08

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 06/18/07

> SIGNATURE

| ATTORNEY OR PARTY WITHOUT ATTORNEY   (Name and Address) | TELEPHONE NUMBER<br>18008477177 | FOR COURT USE ONLY |
|---|---|---|
| USA, INC.<br>752A HEMPSTEAD TPK,<br>SUITE #205<br>FRANKLIN SQUARE NY 11010 | Ref. No. or File No. | |

ATTORNEY FOR   PLAINTIFF

Insert name of court and name of judicial district and branch if any.

SHORT TITLE OF CASE:

MARTIN A. LEHMAN VS FOX CABLE, ETC.

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 036531 | | | | 07CV2291 |

## AFFIDAVIT OF MAILING

Upon completion of the aforementioned diligent efforts, I MAILED on 06/18/07 additional copies of the documents sub-served, via U.S. Postal Service, postage pre-paid, first-class mail effecting substituted service.

I mailed to:

ERIC J. NELSON

At the address:

11846 VENTURA BLVD.,
SUITE #204
STUDIO CITY CA 91604

The following documents were mailed:

SUMMONS AND COMPLAINT

Person mailing:  H. PHILLIPS
City mailed:  LOS ANGELES        County of:  LOS ANGELES

O'Mally & Associates Attorney Service     d.  Registered California process server
1301 W. 2ND. ST. #205                     (1) [ X ] Employee or [   ] Independent Contractor
LOS ANGELES, CA 90026                     (2) Registration No. 4662
213/250-8901 FAX 213/250-8818             (3) County: LOS ANGELES
                                          (4) Expiration:  12/20/08

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 06/18/07                    >
                                  SIGNATURE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | **DATE** JUNE 18, 2007 12:25 PM |
| **NAME OF SERVER (PRINT)** R. HEADCOCK | **TITLE** REGISTERED PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

ERIC J. NELSON
11846 VENTURA BLVD., #204, STUDIO CITY, CA 91604

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted: ROB BEEMER, PERSON AUTHORIZED TO ACCEPT SERVICE

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___JUNE 18, 2007___
       *Date*          *Signature of Server*

**O'MALLY & ASSOCIATES**
*Address* ATTORNEY SERVICE INC.
1301 W. 2nd Street #205
Los Angeles, CA 90026

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE JUNE 18, 2007    12:25 PM |
|---|---|
| NAME OF SERVER *(PRINT)* R. HEADCOCK | TITLE REGISTERED PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
TERMINTE ART PRODUCTIONS DOCUMENTARIES, INC.
11846 VENTURA BLVD., #204, STUDIO CITY, CA 91604

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:
ROB BEEMER, PERSON AUTHORIZED TO ACCEPT SERVICE

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    JUNE 18, 2007
_____        _____
Date        Signature of Server

**O'MALLY & ASSOCIATES**
Address of Server
**ATTORNEY SERVICE INC.**
1301 W. 2nd Street #205
Los Angeles, CA 90026

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ JUL 2 5 2007 ★

LONG ISLAND OFFICE