POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY<br><br>USA, INC.<br>752A HEMPSTEAD TPK,<br>SUITE #205<br>FRANKLIN SQUARE NY 11010<br>18008477177<br>ATTORNEY FOR PLAINTIFF | FOR COURT USE ONLY<br><br>FILED<br>IN CLERK'S OFFICE<br>U.S. DISTRICT COURT E.D.N.Y<br><br>★ JUL 25 2007<br><br>LONG ISLAND OFFICE |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF | |
| PLAINTIFF/PETITIONER: MARTIN A. LEHMAN | CASE NUMBER:<br>07CV2291 |
| DEFENDANT/RESPONDENT: FOX CABLE, ETC. | |
| PROOF OF SERVICE OF SUMMONS | Ref No. or File No.: |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the

   SUMMONS AND COMPLAINT

3. a. Party served: LIONS GATE ENTERTAINMENT, INC.

   b. Person served: JEN YIM
   PERSON AUTHORIZED TO ACCEPT SERVICE
   Age: 35 Ht: 5'7" Wt: 140 Hr: BLACK Race: ASIA Sx: F

4. Address where party was served:
   2700 COLORADO AVENUE
   SANTA MONICA CA 90404

5. I served the party

   a. BY PERSONAL SERVICE. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: 07/05/07   (2) at: 12:05 PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   b. on behalf of: LIONS GATE ENTERTAINMENT, INC.
      under CCP 416.10 (corporation)

7. Person who served papers
   a. Name: R. HEADCOCK
   b. Address: 1301 W. 2ND. ST. #205 LOS ANGELES, CA 90026
   c. Telephone Number: 213/250-8901
   d. The fee for service was: $45.00
   e. I am:

CONTINUED ON THE NEXT PAGE

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
Invoice No.: 036532

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE JULY 5, 2007  12:05 p.m. |
|---|---|
| NAME OF SERVER (PRINT) R. HEADCOCK | TITLE REGD. PROCESS SERVER #3606 |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: LIONS GATE ENTERTAINMENT, INC 2700 COLORADO AENUE, SANTA MONICA, CA 90404

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: JEN YIM
PERSON AUTHORIZED TO ACCEPT SERVICE OF PROCESS

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  JULY 5, 2007
             Date                    Signature of Server

1301 W. 2ND STREET, #205
LOS ANGELES, CA 90026
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

| PLAINTIFF/PETITIONER: | MARTIN A. LEHMAN | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | FOX CABLE, ETC. | 07CV2291 |

    (3) [ X ] registered California process server:
      (i) [ X ]  Employee
      (ii) Registration No.: 3603     Expires: 04/12/08
      (iii) County: LOS ANGELES

8.   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*FILED*
*IN CLERK'S OFFICE*
*U.S. DISTRICT COURT E.D.N.Y*
★    JUL    2007    ★
*LONG ISLAND OFFICE*

07/05/07

R. HEADCOCK

O'Mally & Associates Attorney Service, LOS ANGELES CO. REG # , EXPIRES

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

Invoice No.: 036532