POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY | FOR COURT USE ONLY |
|---|---|
| 752A HEMPSTEAD TPK, SUITE #205 FRANKLIN SQUARE NY 11010 800-847-7177 ATTORNEY FOR PLAINTIFF | |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** | |

| PLAINTIFF/PETITIONER: MARTIN A. LEHMAN | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: FOX CABLE, ETC. | 07CV2291 |
| **PROOF OF SERVICE OF SUMMONS** | Ref No. or File No.: |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the

   SUMMONS AND COMPLAINT

3. a. Party served: FOX CABLE NETWORKS INC.

   b. Person served: TAMI FORTIER-GOMEZ
      PERSON AUTHORIZED TO ACCEPT SERVICE
   Age: 36 Ht: 5'4" Wt: 146 Hr: BLACK Race: BLK Sx: F

4. Address where party was served:
   2121 AVENUE OF THE STARS
   LOS ANGELES CA 90067

5. I served the party

   a. BY PERSONAL SERVICE. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: 07/16/07   (2) at: 12:30 PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   b. on behalf of: FOX CABLE NETWORKS INC.
         under CCP 416.10 (corporation)

7.  Person who served papers
    a. Name:   FREDY ESCOBAR
    b. Address:   1301 W. 2ND. ST. #205  LOS ANGELES, CA 90026
    c. Telephone Number:   213/250-8901
    d. The fee for service was: $150.00
    e. I am:

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ AUG 06 2007 ★
LONG ISLAND OFFICE

CONTINUED ON THE NEXT PAGE

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. January 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10
Invoice No.: 036534

| PLAINTIFF/PETITIONER: | MARTIN A. LEHMAN | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | FOX CABLE, ETC. | 07CV2291 |

    (3) [ X ] registered California process server:
      (i) [ X ]  Independent contractor
      (ii) Registration No.: 5235     Expires: 11/22/08
      (iii) County: LOS ANGELES

8.    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

07/19/07

FREDY ESCOBAR

O'Mally & Associates Attorney Service, LOS ANGELES CO. REG # , EXPIRES

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

Invoice No.: 036534

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER 800-847-7177 | FOR COURT USE ONLY |
|---|---|---|
| 752A HEMPSTEAD TPK, SUITE #205 FRANKLIN SQUARE NY 11010 ATTORNEY FOR PLAINTIFF | Ref. No. or File No. | |
| Insert name of court and name of judicial district and branch if any. | | |
| SHORT TITLE OF CASE: MARTIN A. LEHMAN VS FOX CABLE, ETC. | | |
| INVOICE NO. 036534 | DATE:   TIME:   DEP./DIV. | CASE NUMBER: 07CV2291 |

## DECLARATION OF DILIGENCE

The following diligent and reasonable attempts were made by O'MALLY AND ASSOCIATES ATTORNEY SERVICE Inc. to personally serve the following party:

Party to be served: FOX CABLE NETWORKS INC.

```
06/20/07  1:40 PM    10000 SANTA MONICA BLVD., LOS ANGELES, CA
       .             DOES NOT EXIST.  THE ONLY NUMNERS FOUND
       .             ARE 10100, 9990 AND LOWER
07/02/07 .           ATTEMPTED AND LOCATED NEW ADDRESS
       .             10201 W. PICO BLVD., LOS ANGELES, CA 90035
07/16/07 12:00 PM    PER GUARD AT 10201 W. PICO BLVD., LOS ANGELES
       .             ALL LEGAL DOCUMENTS MUST BE SERVED AT
       .             2121 AVENUE OF THE STARS, LOS ANGELES, CA
```

Person attempting service: FREDY ESCOBAR

O'Mally & Associates Attorney Service
1301 W. 2ND. ST. #205
LOS ANGELES, CA 90026
213/250-8901 FAX 213/250-8818

d. Registered California process server
(1) [  ] Employee or [ X ] Independent Contractor
(2) Registration No. 5235
(3) County: LOS ANGELES
(4) Expiration: 11/22/08

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 07/19/07                               >  SIGNATURE  *Fredy Escobar*

ENCLOSED PROOF OF SERVICE

TO FOX CABLE NETWORKS INC

case

CV 07 2291

MARTIN A LEHMAN
         v
FOX CABLE NETWORKS INC ET. AL.

