**JACOBS deBRAUWERE LLP**
445 Park Avenue, 17th Floor
New York, NY 10022
Tel. (212) 207-8787
Fax (212) 207-8727
Arthur J. Jacobs [AJ-5008]
John J. Lynch [JL-8196]
John F. Burleigh [JB-3240]
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------- x
MARTIN A. LEHMAN,

                        Plaintiff,      Case No. 07 CV 2291
                                   (Bianco, J.) (Wall, M.J.)

    -against-

                                   **ECF FILED**

FOX CABLE NETWORKS, INC., FOX
REALITY.COM, TERMITE ART PRODUCTION      **JOINT PROPOSED**
DOCUMENTARIES, INC., ERIC J. NELSON and        **SCHEDULING ORDER**
LIONS GATE ENTERTAINMENT, INC.                 **PURSUANT TO**
                                               **FED. R. CIV. P. 26(f)**
                    Defendants.
------------------------------------------------- x

       Pursuant to Fed. R. Civ. P. 26(f), in response to the Initial Conference Order of Magistrate Judge William D. Wall dated September 10, 2007, and in anticipation of the Initial Conference scheduled for October 24, 2007, the parties hereby submit the following joint proposed scheduling plan:

       (1)    The parties held a conference pursuant to Fed. R. Civ. P. 26(f) on September 20, 2007.

       (2)    The parties shall exchange Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) by October 17, 2007.

       (3)    Fact discovery shall be completed by June 30, 2008.

(4) Identification of proposed experts and submission of expert reports shall be made by July 25, 2008; identification of proposed rebuttal experts shall be made by August 29, 2008.

(5) Motions to amend pleadings, including joinder of additional parties, shall be served no later than April 25, 2008.

(6) The deadline for service of dispositive motions shall be September 26, 2008.

(7) The deadline for submission of a pretrial order is September 26, 2008, unless a dispositive motion is pending at such time, in which case such pretrial order shall be submitted within 30 days following a determination by the Court on such dispositive motion that does not result in the termination of the action.

(8) The case shall be ready for trial October 30, 2008, or within 30 days following submission of a pretrial order pursuant to paragraph (7) above, whichever date is later.

Dated: New York, New York
       September 20, 2008

| MARTIN A. LEHMAN | FOX CABLE NETWORKS, INC., FOX REALITY.COM, TERMITE ART PRODUCTION DOCUMENTARIES, INC., ERIK J. NELSON |
|---|---|
| By: *Martin A. Lehman* <br> Martin A. Lehman <br> 308 Elm Street <br> West Hempstead, NY 11552 <br> Tel. 516-486-6752 <br> Plaintiff Pro Se | By: *John F. Burleigh* <br> John F. Burleigh [JB-3240] <br> JACOBS DEBRAUWERE LLP <br> 445 Park Avenue - 17th Floor <br> New York, New York 10022 <br> Tel: (212) 207-8787 <br> Attorneys for Defendants |

IT IS SO ORDERED.

_____
U.S. Magistrate Judge William D. Wall