UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MARTIN A. LEHMAN,

                       Plaintiff(s),      **ORDER**
                                                          CV 07-2291  (JFB) (WDW)

    -against-

FOX CABLE NETWORKS, INC., et al.,

                       Defendant(s).
----------------------------------------------------------X
**WALL, Magistrate Judge:**

      Due to a conflict in the court's calendar, the initial conference scheduled for October 24, 2007 has been adjourned. The conference will take place on **November 9, 2007 at 10:30 a.m.**

Dated: Central Islip, New York        **SO ORDERED:**
       October 17, 2007

                                                 /s/ William D. Wall
                                               WILLIAM D. WALL
                                               United States Magistrate Judge