BEFORE: WILLIAM D. WALL                                        DATE: 11/09/07

UNITED STATES MAGISTRATE JUDGE                                 TIME: 10:30 AM

DOCKET NO. CV 07-2291                                          ASSIGNED JUDGE: BIANCO

CASE NAME: LEHMAN V. FOX CABLE NETWORKS INC.

                                    CIVIL CONFERENCE

Initial  X   Status ___   Settlement ___   Pretrial ___   Other:____

APPEARANCES:    Plaintiff    Martin Lehman

                Defendant    John Burleigh

**SCHEDULING:** The next  Pretrial  conference will be held on September 30, 2008 at 11:00 am.

**THE FOLLOWING RULINGS WERE MADE:**

☐  Scheduling Order entered.

☒  The court has adopted and So Ordered the joint proposed scheduling order submitted by the parties.

☐  Referred to mediation by separate order.

☐  The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☐  Other:

                                                  SO ORDERED

                                                  /s/William D. Wall
                                                  WILLIAM D. WALL
                                                  United States Magistrate Judge